Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2#492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keitonia Douglas, | ) Case No. 2:21-cv-07782-CBM-MAR |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Veros Credit, LLC and HT Recovery, | ) |
| Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) JS-6 |

**ORDER ON STIPULATION FOR DISMISSAL**

This matter having come before the Court on the Stipulation of Dismissal

with prejudice is GRANTED.


DATED: MAY 5, 2022

_____

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1